IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-526

| | |
|---|---|
| CLINTON ATKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>VEOLIA NORTH AMERICA, LLC,<br><br>    Defendant. | **DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Veolia North America, LLC, Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    Yes ___          No _X_

2. Does party have any parent corporations?

    Yes _X_          No ___

    If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

    Veolia North America, Inc. – parent

    Veolia Environment S.A. – grandparent

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    Yes ___          No _X_

    If yes, identify all such owners: n/a

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

   Yes ___                    No _X_

   If yes, identify entity and nature of interest: n/a

5. Is party a trade association?

   Yes ___                    No _X_

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: n/a

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: n/a

This the 8th day of January, 2020.

/s/ Tracy E. Kern
Tracy E. Kern (LA Bar No: 20246)
Minia E. Bremenstul (LA Bar No: 35676)
JONES WALKER
201 St. Charles Ave, Suite 4700
New Orleans, LA 70170
Telephone: 504-582-8134
Telephone: 504-582-8603
Email: tkern@joneswalker.com
Email: mbremenstul@joneswalker.com
Counsel for Defendant Veolia North America, LLC

/s/ George J. Oliver
George J. Oliver
FOX ROTHSCHILD LLP
P.O. Box 27525
Raleigh, NC 27611
Telephone: 919-755-8700
Fax: 919-755-8800
jerryoliver@foxrothschild.com
NC State Bar. No. 5774
Local Civil Rule 83.1(d) Counsel for Defendant Veolia North America, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was electronically filed with the Clerk of Court using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

Michael A. Kornbluth
Joseph E. Hjelt
Kornbluth Ginsberg Law Group, P.A.
3100 Tower Boulevard, Suite 800
Durham, NC 27707

This the 8th day of January, 2020.

*/s/ George J. Oliver*
George J. Oliver